**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rafael CONTRERAS–AGUILAR, aka Rafael Aguilar Contreras, Rafael Contreras, Defendant—Appellant.**

No. 04–50123.

D.C. No. CR–03–00883–SJO.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Robert McGahan, USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff—Appellee.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Tanaka, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant—Appellant.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

### MEMORANDUM **

Rafael Contreras–Aguilar appeals his 51–month sentence following his guilty plea to Illegal Reentry in violation of 8 U.S.C. § 1326. We cannot determine from the record whether the district court would have imposed a materially different sentence if it had known that the Sentencing Guidelines were advisory rather than mandatory. Therefore, under *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc) and *United States v. Hermoso–Garcia*, 413 F.3d 1085, 2005 WL 1579507 (9th Cir. July 7, 2005), we remand for the limited purpose of making that determination.

REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.